| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Robert L. Seal |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin (State) |
| Case number | 21-26075-kmp |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust N/A. as Trustee of the Tiki Series IV Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 7 3 1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 10/21/2022 Proof of Claim & 410A Fee | (5) | $ 800.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| Debtor 1 | Robert L. Seal | | | Case number (if known) 21-26075-kmp |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Jon J. Lieberman
Signature

Date 06 / 01 / 2022

Print: Jon J. Lieberman
First Name    Middle Name    Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number    Street
Loveland, OH 45140
City            State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

| Invoice Date |
|---|
| 01/21/2022 |



| Invoice Number |
|---|
| |



**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Robert Seal
Case Ref Number:
Property Address: 8619 COOPER ROAD, PLEASANT PRAIRIE, WI 53158

Area of Law: Bankruptcy
BK POC

Attorney: Erica Loftis -BK Staff Atty

BILLING SUMMARY:

| DATE | COST DESCRIPTION | AMOUNT |
|---|---|---|
| 01/20/2022 | Postage | $2.16 |

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21/2022 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim | $550.00 |
| 01/21/2022 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History | $250.00 |

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $2.16 |
| Total Fees and Costs This Invoice | $802.16 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $802.16 |

Thank you for the opportunity to be of service

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

IN RE:                                                           CASE NO. 21-26075-kmp

Robert L. Seal                                    CHAPTER 13

Debtor.                                             JUDGE Katherine M. Perhach

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert L. Seal, Debtor
8619 Cooper Rd.
Pleasant Prairie, WI 53158

Christopher M. Holoyda, Debtors' Counsel
cmh@esserlaw.com

Michael Edward Holsen, Debtors' Counsel
meh@esserlaw.com

Scott Lieske, Chapter 13 Trustee
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
ustpregion11.mi.ecf@usdoj.gov

                                                        Respectfully submitted,

                                                        /s/ Jon Lieberman
                                                        Jon Lieberman (OH 0058394)
                                                        Attorney for Secured Creditor
                                                        Sottile & Barile, Attorneys at Law
                                                        394 Wards Corner Road, Suite 180
                                                        Loveland, OH 45140
                                                        Phone: 513.444.4100
                                                        bankruptcy@sottileandbarile.com