# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:   Robert L. Seal,                                              Case No. 21-26075-kmp
                    Debtor.                                           Chapter 13 Proceedings

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

     Robert L. Seal filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

     File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

     If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

### REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

   _X_ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
   __ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    a. **Debtor's payment shall be $1,500 per month beginning in June of 2022.**

    b. **Under Section 8.2, Mortgage Modification Mediation is complete and did not result in a loan modification.**

    c. **Under Section 3.1, Debtor shall pay SN Servicing $77,805.43 in pre-petition arrears at a 0% interest rate. Payments shall be made pro rata. The collateral for the mortgage is debtor's residence at 8619 Cooper Rd, Pleasant Prairie, WI 53158.**

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, the Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 8th day of June, 2022.

/s/ Christopher M. Holoyda
Christopher M. Holoyda
Attorney for Debtor
ESSERLAW LLC
11805 West Hampton Ave.
Milwaukee, WI 53225
414-461-7000 (t)
414-461-8860 (f)
email@esserlaw.com